UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Kellmer v. Raines, et al. | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |

### CONSENT MOTION TO EXTEND TIME TO RESPOND AND ENTER STIPULATED ORDER

Nominal Defendant Fannie Mae ("Fannie Mae"), on behalf of individually named defendants Franklin D. Raines, J. Timothy Howard, Leanne Spencer, Daniel H. Mudd, James A. Johnson, Lawrence M. Small, Jamie Gorelick, Robert J. Levin, Stephen B. Ashley, Thomas P. Gerrity, Kenneth M. Duberstein, Ann Korologos, Frederic V. Malek, Donald B. Marron, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, H. Patrick Swygert, John K. Wulff, Victor H. Ashe, William R. Harvey, Taylor C. Segue, III, Manuel Justiz, Vincent A. Mai, Roger E. Birk, Stephen Friedman, Garry Mauro, Maynard Jackson, and Esteban E. Torres and the plaintiff James Kellmer ("Kellmer"), by their respective counsel, hereby stipulate and respectfully request that the Court Order the following:

(a) The time for all of the above-named defendants to respond to Kellmer's Complaint is extended to 90 days from the date hereof;

(b) Fannie Mae, subject to Kellmer's Counsel's agreement to be bound to the Confidentiality Order entered by the Court shall produce and make available to Kellmer's counsel for inspection and copying as appropriate all documents which

have been produced to date in these consolidated proceedings, transcripts of all depositions taken to date and shall provide such documents as may be produced in the future on a concurrent basis with the production thereof to Lead Counsel for the Class Plaintiffs.

(c) The parties understand that Kellmer's Counsel, Richard D. Greenfield and Jonathan C. Cuneo, will seek to be appointed as Lead Counsel for the derivative plaintiffs and as principal spokesmen before the Court with respect to issues relating to the derivative cases. Defendants will take no position on this request for appointment of Lead Counsel.

(d) Neither this Stipulation and Proposed Order, the entering into it nor any provision hereof shall constitute, or be argued to constitute, a waiver of any argument, defense, privilege or objection with respect to the merits, discovery or any procedural question in this or any other matter except as to the sufficiency of service of process herein.

(e) Kellmer agrees that he will not seek to amend his complaint herein on the basis of information acquired through or as a result of the production provided by paragraph (b) hereof.

Dated: July 25, 2007

/s/ Jeffrey W. Kilduff
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Natasha Colton (D.C. Bar No. 479647)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414
*Counsel to Nominal Defendant Fannie Mae*

Richard D. Greenfield
Greenfield & Goodman LLC
7426 Tour Drive
Easton, MD  21601
(410) 745-4149
-and-
Jonathan W. Cuneo
David W. Stanley
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC  20002
(202) 789-3960
*Counsel to James Kellmer*

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

                                                    /s/ Michael J. Walsh, Jr.
                                                    Michael J. Walsh, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
| Kellmer v. Raines, et al. | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to Extend Time and Enter Stipulated Order, hereby **ORDERS** that:

(a) The time for defendants Franklin D. Raines, J. Timothy Howard, Leanne Spencer, Daniel H. Mudd, James A. Johnson, Lawrence M. Small, Jamie Gorelick, Robert J. Levin, Stephen B. Ashley, Thomas P. Gerrity, Kenneth M. Duberstein, Ann Korologos, Frederic V. Malek, Donald B. Marron, Anne M. Mulcahy, Joe K. Pickett, Leslie Rahl, H. Patrick Swygert, John K. Wulff, Victor H. Ashe, William R. Harvey, Taylor C. Segue, III, Manuel Justiz, Vincent A. Mai, Roger E. Birk, Stephen Friedman, Garry Mauro, Maynard Jackson, and Esteban E. Torres to respond to Kellmer's Complaint is extended to 90 days from the date hereof.

(b) Fannie Mae, subject to Kellmer's Counsel's agreement to be bound to the Confidentiality Order entered by the Court shall produce and make available to Kellmer's counsel for inspection and copying as appropriate all documents which have been produced to date in these consolidated proceedings, transcripts of all

depositions taken to date and shall provide such documents as may be produced in the future on a concurrent basis with the production thereof to Lead Counsel for the Class Plaintiffs.

(c) The parties understand that Kellmer's Counsel, Richard D. Greenfield and Jonathan C. Cuneo, will seek to be appointed as Lead Counsel for the derivative plaintiffs and as principal spokesmen before the Court with respect to issues relating to the derivative cases. Defendants will take no position on this request for appointment of Lead Counsel.

(d) Neither this Stipulation and Proposed Order, the entering into it nor any provision hereof shall constitute, or be argued to constitute, a waiver of any argument, defense, privilege or objection with respect to the merits, discovery or any procedural question in this or any other matter except as to the sufficiency of service of process herein.

(e) Kellmer agrees that he will not seek to amend his complaint herein on the basis of information acquired through or as a result of the production provided by paragraph (b) hereof.

IT IS SO **ORDERED** on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE