UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01173 (RJL) |
| FRANKLIN D. RAINES, *et al.*, ) | |
| ) | |
| Defendants, ) | Judge Richard J. Leon |
| ) | |
| and ) | |
| ) | |
| FANNIE MAE a/k/a Federal National Mortgage ) | |
| Association, ) | |
| ) | |
| Nominal Defendant. ) | |
| ) | |
| ARTHUR MIDDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01221 (RJL) |
| FRANKLIN D. RAINES, *et al.*, ) | |
| ) | |
| Defendants, ) | Judge Richard J. Leon |
| ) | |
| and ) | |
| ) | |
| FANNIE MAE a/k/a Federal National Mortgage ) | |
| Association, ) | |
| ) | |
| Nominal Defendant. ) | |
| ) | |
| IN RE FEDERAL NATIONAL MORTGAGE ) | |
| ASSOCIATION SECURITIES, DERIVATIVE, ) | MDL No. 1668 |
| AND "ERISA" LITIGATION ) | |
| ) | |

**NOTICE OF FILING**

In filing Plaintiff Kellmer's Motion to Consolidate Derivative Cases and Appoint Lead Counsel, undersigned Counsel was not aware that he would be unable to serve Counsel in 07-cv-1221 through the Court's CM/ECF system. Attached hereto as Attachment A is an Amended Certificate of Service indicating that Counsel in 07-cv-1221 have been served via Federal Express.

Dated:        July 27, 2007            Respectfully Submitted,

**CUNEO, GILBERT & LADUCA, LLP**
JONATHAN W. CUNEO (D.C. Bar# 939389)
ROBERT J. CYNKAR (D.C. Bar# 947845)
DAVID W. STANLEY (D.C. Bar# 174318)
WILLIAM ANDERSON (D.C. Bar# 502380)


  /s/ Jonathan W. Cuneo

507 C Street, N.E.
Washington, D.C. 20002
202-789-3960

RICHARD D. GREENFIELD
**GREENFIELD & GOODMAN, LLC**
7426 Tour Drive
Easton, MD 21601
410-745-4149

ANN MILLER
**ANN MILLER, LLC**
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
215-238-0468

*Counsel for Plaintiff James Kellmer*

# Attachment A

## CERTIFICATE OF SERVICE

I certify that on July 27, 2007, I electronically filed the foregoing Plaintiff Kellmer's Motion to Consolidate Derivative Cases and Appoint Lead Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

O'MELVENY & MYERS LLP
Jeffrey W. Kilduff
Robert M. Stern
Natasha Colton
Michael J. Walsh, Jr.
1625 Eye Street, N.W.
Washington, DC 20006

In addition, I also certify that I caused to be served, via overnight Federal Express, Plaintiff Kellmer's Motion to Consolidate Derivative Cases and Appoint Lead Counsel upon the following counsel:

GIBSON DUNN & CRUTCHER, LLP
F. Joseph Warin
1050 Connecticut Avenue, N.W.
Washington, DC 20036

SULLIVAN & CROMWELL, LLP
Daryl Andrew Libow
Jeremy C. Bates
Richard H. Klapper
Patrice A. Rouse
Michael T. Tomaino
125 Broad Street
New York, NY 10004

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
Darren J. Robbins
Randall J. Baron
A. Rick Atwood, Jr.
Benny C. Goodman III
655 West Broadway, Suite 1900
San Diego, CA 92101

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Nancy M. Juda
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087

BARRETT, JOHNSTON & PARSLEY
George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
217 Second Avenue, North
Nashville, TN 37201

/s/ Jonathan C. Cuneo
Jonathan C. Cuneo