UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN D. RAINES, *et al.*, <br><br> Defendants, <br><br> and <br><br> FANNIE MAE a/k/a Federal National Mortgage Association, <br><br> Nominal Defendant. | Case No. 1:07-cv-01173 (RJL) <br><br> Judge Richard J. Leon |
| ARTHUR MIDDLETON, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN D. RAINES, *et al.*, <br><br> Defendants, <br><br> and <br><br> FANNIE MAE a/k/a Federal National Mortgage Association, <br><br> Nominal Defendant. | Case No. 1:07-cv-01221 (RJL) <br><br> Judge Richard J. Leon |
| IN RE FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE, AND "ERISA" LITIGATION | MDL No. 1668 |

**NOTICE OF APPEARANCE OF COUNSEL FOR
PLAINTIFF JAMES KELLMER**

To the Clerk of the Court and All Parties of Record:

    Pursuant to Local Rule 83.6, please note the appearance of the undersigned, Jonathan W. Cuneo, as counsel for Plaintiff James Kellmer.

| | |
|---|---|
| Dated: August 1, 2007 | Respectfully Submitted, |
| | CUNEO GILBERT & LADUCA, LLP |
| | |
| | /s/ Jonathan W. Cuneo |
| | |
| | JONATHAN W. CUNEO (D.C. Bar# 939389) |
| | 507 C Street, N.E. |
| | Washington, D.C. 20002 |
| | 202-789-3960 |
| | Fax: 202-789-1813 |
| | jonc@cuneolaw.com |
| | |
| | *Counsel for Plaintiff James Kellmer* |

## **CERTIFICATE OF SERVICE**

I certify that on August 1, 2007, I electronically filed the foregoing Notice of Appearance of Counsel for Plaintiff James Kellmer with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

O'MELVENY & MYERS LLP
Jeffrey W. Kilduff
Robert M. Stern
Natasha Colton
Michael J. Walsh, Jr.
1625 Eye Street, N.W.
Washington, DC 20006

In addition, I also certify that I caused to be served, via First Class Mail, postage prepaid, this Notice of Appearance of Counsel for Plaintiff James Kellmer upon the following counsel:

GIBSON DUNN & CRUTCHER, LLP
F. Joseph Warin
1050 Connecticut Avenue, N.W.
Washington, DC 20036

SULLIVAN & CROMWELL, LLP
Daryl Andrew Libow
Jeremy C. Bates
Richard H. Klapper
Patrice A. Rouse
Michael T. Tomaino
125 Broad Street
New York, NY 10004

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Darren J. Robbins
Randall J. Baron
A. Rick Atwood, Jr.
Benny C. Goodman III
655 West Broadway, Suite 1900
San Diego, CA 92101

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Nancy M. Juda
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087

BARRETT, JOHNSTON & PARSLEY
George E. Barrett
Douglas S. Johnston, Jr.
Timothy L. Miles
217 Second Avenue, North
Nashville, TN 37201

                            /s/ Jonathan W. Cuneo
                              Jonathan W. Cuneo