UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>                    Defendants,<br><br>    – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>                    Nominal Defendant. | Civil No. 1:07-cv-01173-RJL |

[Caption continued on following page.]

JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>               Defendants,<br><br>– and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>               Nominal Party. | Civil No. 1:07-cv-01221-RJL |
| In re FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1668 |

Plaintiffs Arthur Middleton and James Kellmer hereby move this Court for an order establishing a briefing schedule regarding plaintiff James Kellmer's Motion to Consolidate Derivative Cases and Appoint Lead Counsel (the "Motion"). Currently Middleton's response to the Motion is due to be filed on August 10, 2007. Both counsel for Kellmer and Middleton agree that a 45-day extension of time to respond to the Motion is warranted in order to facilitate negotiations that might resolve the Motion without further briefing.

Accordingly, plaintiffs Middleton and Kellmer respectfully request that the Court enter the following briefing schedule:

1. Middleton's Response to the Motion is due on or before September 24, 2007;

2. Kellmer's Reply in Support of the Motion is due on or before October 15, 2007; and

3. The Case Management Conference currently scheduled for August 30, 2007 at 2:30 p.m. shall be rescheduled for October 25, 2007 at 2:30 p.m. or such other date and time the Court deems appropriate.

DATED: August 9, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
BENNY C. GOODMAN III (D.C. Bar #489187)


s/ Benny C. Goodman III
BENNY C. GOODMAN III (D.C. Bar #489187)

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

        LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        NANCY M. JUDA, (D.C. Bar #445487)
        1100 Connecticut Avenue, N.W., Suite 730
        Washington, DC 20036
        Telephone: 202/822-2024
        202/828-8528 (fax)

        THE WEISER LAW FIRM, P.C.
        ROBERT B. WEISER
        121 N. Wayne Avenue, Suite 100
        Wayne, PA 19087
        Telephone: 610/225-2677
        610/225-2678 (fax)

        BARRETT, JOHNSTON & PARSLEY
        GEORGE E. BARRETT
        DOUGLAS S. JOHNSTON, JR.
        TIMOTHY L. MILES
        217 Second Avenue, North
        Nashville, TN 37201-1601
        Telephone: 615/244-2202
        615/252-3798 (fax)

        Attorneys for Plaintiff Arthur Middleton

DATED: August 9, 2007        CUNEO, GILBERT & LADUCA, LLP
        JONATHAN W. CUNEO
        ROBERT J. CYNKAR
        DAVID W. STANLEY
        WILLIAM ANDERSON


               s/ Jonathan W. Cuneo
        ———————————————
               JONATHAN W. CUNEO

507 C Street, N.E.
Washington, D.C. 20002
Telephone: 202/789-3960

GREENFIELD & GOODMAN, LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MC 21601
Telephone: 401/745-4149

ANN MILLER, LLC
ANN MILLER
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
Telephone: 215/238-0468

Attorneys for Plaintiff James Kellmer

S:\CasesSD\Fannie Mae Derv\mot00044386.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of those counsel who are registered to receive same for this case.

/s/ David W. Stanley
DAVID W. STANLEY
CUNEO GILBERT & LaDUCA, LLP
507 C Street, N.E.
Washington, DC 20002
Tel.: 202/789-3960
Fax: 202/789/1813

E-mail: Davids@cuneolaw.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>               Plaintiff,<br><br>vs.<br><br>FRANKLIN D. RAINES, et al.,<br><br>               Defendants,<br><br>  – and –<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law,<br><br>               Nominal Defendant. | Civil No. 1:07-cv-01173-RJL |

[Caption continued on following page.]

[PROPOSED] ORDER GRANTING JOINT MOTION TO ESTABLISH BRIEFING
SCHEDULE

| | |
|---|---|
| ARTHUR MIDDLETON, Derivatively on Behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION, ) ) ) ) Plaintiff, ) ) vs. ) ) FRANKLIN D. RAINES, et al., ) ) Defendants, ) ) – and – ) ) FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Corporation Governed by Delaware Law, ) ) ) ) Nominal Party. ) ) | Civil No. 1:07-cv-01221-RJL |
| In re FEDERAL NATIONAL MORTGAGE ASSOCIATION SECURITIES, DERIVATIVE & "ERISA" LITIGATION ) ) ) ) ) | MDL No. 1668 |

It is hereby ORDERED by the Court that Plaintiffs' Joint Motion to Establish Briefing Schedule is GRANTED, and the briefing schedule is as follows:

1. Middleton's Response to the Motion to Consolidate Derivative Cases and Appoint Lead Counsel (the "Motion") is due on or before September 24, 2007;

2. Kellmer's Reply in Support of the Motion is due on or before October 15, 2007; and

3. The Case Management Conference currently scheduled for August 30, 2007 at 2:30 p.m. is rescheduled for _____.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
BENNY C. GOODMAN III (D.C. Bar #489187)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
NANCY M. JUDA, (D.C. Bar #445487)
1100 Connecticut Avenue, N.W., Suite 730
Washington, DC 20036
Telephone: 202/822-2024
202/828-8528 (fax)

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff Arthur Middleton

CUNEO, GILBERT & LADUCA, LLP
JONATHAN W. CUNEO
ROBERT J. CYNKAR
DAVID W. STANLEY
WILLIAM ANDERSON
507 C Street, N.E.
Washington, D.C. 20002
Telephone: 202/789-3960

GREENFIELD & GOODMAN, LLC
RICHARD D. GREENFIELD
7426 Tour Drive
Easton, MC 21601
Telephone: 401/745-4149

ANN MILLER, LLC
ANN MILLER
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
Telephone: 215/238-0468

Attorneys for Plaintiff James Kellmer

S:\CasesSD\Fannie Mae Derv\ord00044387.doc