# AFFIDAVIT OF PROCESS SERVER

United States District Court                                District Of Columbia

**Style of the Case:** James Kellmer, Derivatively on Behalf of Fannie Mae, a/k/a Federal National Mortgage Association Plaintiff versus Franklin D. Raines, et al Defendant

**Law Firm:** Cuneo Gilbert & LaDuca, LLP

**Case Number:** 1:07-cv-01173                              **Court Date:**

Legal documents received by Same Day Process Service on August 23rd, 2007 at 5:00 PM to be served upon **Goldman Sachs Group, Inc. at 85 Broad St., New York, NY. 10004**

I, _Edmanuel Torres_, swear and affirm that on _September 4th_ at _2:35 pm_, I effectuated service of process by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint; Case Management Order** in the following manner according to State statutes:

____ **Individual Service:** Service was rendered on the required person listed on the documents.

____ **Substitute Service:** _____ was served, as _____.

____ **Posted Service:** By attaching a copy to a conspicuous place on the property described in the complaint or summons. The first attempt of service occurred on _____ at _____.

✓ **Corporate Service:** Service was rendered on _Randell Fryman_ as _Vice President_ of the corporation. _Goldman, Sachs + Co._

____ **Other Type of Service / Non-Service:** _____.

**Supplemental Data Appropriate to this Service:**
Sex: male; Age: 35-40 yrs.; Height: 6'3"; Weight: 200-220 lbs.; Hair color: Blonde; Skin Color: Light Brown-Tan.

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am legally authorized to serve court documents within the above named jurisdiction.

_[signature]_

**Empire Lawyers Service**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004375

Sworn to me on Wednesday, September 5th, 2007

_[signature]_

DAVID A. LOCKWOOD
Commissioner of Deeds
City of New York - No. 3-6884
Certificate Filed in New York County
Commission Expires Oct. 1, 2008

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.