UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"    :   MDL No. 1668
Litigation                             :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Civil Action No. 1:07-CV-01173
Kellmer v. Raines, et al.              :
:   Judge Richard J. Leon
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
THE GOLDMAN SACHS GROUP, INC. TO RESPOND
AND TO ENTER STIPULATED ORDER**

Plaintiff James Kellmer ("Kellmer") and defendant The Goldman Sachs Group, Inc. ("Goldman Sachs"), by their respective counsel, hereby stipulate and respectfully request that the Court order that the time in which Goldman Sachs may respond to Kellmer's Complaint in this action is extended through and until November 9, 2007.

A proposed order is attached.

Dated:  September 24, 2007

CUNEO GILBERT & LaDUCA, LLP

/s/ David W. Stanley
Jonathan W. Cuneo
Robert J. Cynkar
David W. Stanley
507 C Street, N.E.
Washington, D.C. 20002
Teletphone No.: (202) 789-3960

        Richard D. Greenfield
GREENFIELD & GOODMAN, LLC
7426 Tour Drive
Easton, MD 21601
Telephone No.: (410) 745-4149


Ann Miller
ANN MILLER, LLC
834 Chestnut Street, Suite 206
Philadlephia, PA 19107
Telephone No.: (215) 238-0468
*Attorneys for Plaintiff*


SULLIVAN & CROMWELL LLP


<u>/s/ Richard H. Klapper</u>
Richard H. Klapper
Patrice A. Rouse
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone No.: (202) 956-7500
Facsimile: (202) 293-6330
*Counsel for The Goldman Sachs Group, Inc.*

SO ORDERED:

_____
       U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"   :   MDL No. 1668
Litigation :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:   Civil Action No. 1:07-CV-01173
Kellmer v. Raines, et al.   :
:   Judge Richard J. Leon
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
THE GOLDMAN SACHS GROUP, INC. TO RESPOND
AND TO ENTER STIPULATED ORDER**

Plaintiff James Kellmer ("Kellmer") and defendant The Goldman Sachs Group, Inc. ("Goldman Sachs"), by their respective counsel, hereby stipulate and respectfully request that the Court order that the time in which Goldman Sachs may respond to Kellmer's Complaint in this action is extended through and until November 9, 2007.

A proposed order is attached.

Dated:  September 24, 2007

CUNEO GILBERT & LaDUCA, LLP

/s/ David W. Stanley
Jonathan W. Cuneo
Robert J. Cynkar
David W. Stanley
507 C Street, N.E.
Washington, D.C. 20002
Teletphone No.: (202) 789-3960

Richard D. Greenfield
GREENFIELD & GOODMAN, LLC
7426 Tour Drive
Easton, MD 21601
Telephone No.: (410) 745-4149


Ann Miller
ANN MILLER, LLC
834 Chestnut Street, Suite 206
Philadlephia, PA 19107
Telephone No.: (215) 238-0468
*Attorneys for Plaintiff*



SULLIVAN & CROMWELL LLP


/s/ Richard H. Klapper
Richard H. Klapper
Patrice A. Rouse
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone No.: (202) 956-7500
Facsimile: (202) 293-6330
*Counsel for The Goldman Sachs Group, Inc.*


SO ORDERED:


_____
          U.S.D.J.