UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

| | |
|---|---|
| In re Federal National Mortgage Association: Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Kellmer v. Raines, et al. | Civil Action No.: 1:07-CV-01173<br><br>Judge Richard J. Leon |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ERRATA – PROPOSED ORDER TO CONSENT MOTION TO EXTEND TIME FOR DEFENDANT THE GOLDMAN SACHS GROUP, INC. TO RESPOND AND TO ENTER STIPULATED ORDER & CERTIFICATE OF SERVICE**

Defendant The Goldman Sachs Group, Inc. hereby attaches the Proposed Order and Certificate of Service to Defendant The Goldman Sachs Group, Inc. and the Plaintiff James Kellmer's Consent Motion to Extend Time for Defendant The Goldman Sachs Group, Inc. to Respond and to Enter Stipulated Order [D.E. 19].

Dated: September 24, 2007                Respectfully submitted,

                                                  /s/ Patrice A. Rouse
                                                  Richard H. Klapper
                                                  Patrice A. Rouse
                                                  SULLIVAN & CROMWELL LLP
                                                  125 Broad Street
                                                  New York, New York  10004
                                                  Telephone:  (212) 558-4000
                                                  Facsimile:  (212) 558-3588

Daryl A. Libow (Bar No. 446314)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, District of Columbia  20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330
*Counsel for The Goldman Sachs Group, Inc.*

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on September 24, 2007 I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

                                             /s/ Patrice A. Rouse
                                              Patrice A. Rouse

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association :
Securities, Derivative, and "ERISA"         :   MDL No. 1668
Litigation                                  :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
                                            :   Civil Action No. 1:07-CV-01173
Kellmer v. Raines, et al.                   :
                                            :   Judge Richard J. Leon
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to Extend Time for the Goldman Sachs Group, Inc. to Respond and to Enter Stipulated Order, hereby **ORDERS** that:

(a)     The time for defendant The Goldman Sachs Group, Inc. to respond to Kellmer's Complaint is extended through and until November 9, 2007.

IT IS SO **ORDERED** on this _____ day of _____, 2007

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

        I hereby certify that on September 24, 2007 I caused a copy of the foregoing Consent Motion to Extend Time for Defendant The Goldman Sachs Group, Inc. to Respond and to Enter Stipulated Order to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

                                    /s/ Patrice A. Rouse
                                      Patrice A. Rouse