UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **Kellmer v. Marron, et al.** | Civil Action No. 1:05-cv-00037<br><br>Judge Richard J. Leon |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |

**CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO FILE OPPOSITIONS TO PLAINTIFF'S MOTION FOR
CLARIFICATION OR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P.
60(B) AND MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT**

Nominal Defendant Fannie Mae, on behalf of Defendants Franklin D. Raines, J. Timothy Howard, Leanne Spencer, Daniel H. Mudd, Stephen B. Ashley, Thomas P. Gerrity, Kenneth M. Duberstein, Ann Korologos, Frederic V. Malek, Donald B. Marron, Anne M. Mulcahy, Joe K. Pickett, and H. Patrick Swygert, and with the consent of Plaintiff James Kellmer, hereby respectfully requests that the Court adjust the briefing schedules for Defendants' oppositions to Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b), filed in this Court on September 20, and Defendants' Motions to Dismiss Plaintiff's Complaint based on the jurisdictional issues raised during the August 30, 2007 hearing before this Court so that Defendants may avoid duplicative briefing of similar issues.  The Parties believe that granting this motion will further the interest of judicial economy.  The Parties respectfully request a schedule as follows:

1

a. Defendants' oppositions to Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) as well as Defendants' Motions to Dismiss Plaintiff's Complaint will be due on or before October 12, 2007;

b. Plaintiff's opposition to Defendants' motions to dismiss and reply in support of Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) will be due on or before November 5, 2007; and

c. Defendants' replies in support of their motions to dismiss will be due on or before November 12, 2007.

Defendants preserve their right to seek dismissal of Kellmer's complaint on all other grounds including, but not limited to, failure to state a claim, expiration of the applicable statute of limitations and/or other procedural defects until such time, if ever, as the Court might grant Kellmer's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) and/or deny Defendants' Motions to Dismiss on threshold jurisdictional issues.

Dated:  September 27, 2007.                     /s/ Jeffrey W. Kilduff
                                        Jeffrey W. Kilduff (D.C. Bar No. 426632)
                                        Robert M. Stern (D.C. Bar No. 478742)
                                        Natasha Colton (D.C. Bar No. 479647)
                                        Michael J. Walsh, Jr. (D.C. Bar No. 483296)
                                        O'Melveny & Myers LLP
                                        1625 Eye Street, N.W.
                                        Washington, DC  20006
                                        T:  202/383-5300
                                        F:  202/383-5414
                                        ***Counsel to Defendant Fannie Mae***

**CERTIFICATE OF SERVICE**

      I certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

                                              /s/ Michael J. Walsh, Jr.
                                              Michael J. Walsh, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **Kellmer v. Marron, et al.** | Civil Action No. 1:05-cv-00037<br><br>**Judge Richard J. Leon** |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>**Judge Richard J. Leon** |

## [PROPOSED] ORDER

The Court, after considering the Consent Motion to Extend Time for Defendants to File Oppositions to Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) and Motions to Dismiss Plaintiff's Complaint, hereby **ORDERS** that the motion is granted. The Court sets the following briefing schedule:

a. Defendants' oppositions to Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) and Defendants' Motions to Dismiss Plaintiff's Complaint are due on or before October 12, 2007;

b. Plaintiff's opposition to Defendants' motions to dismiss and reply in support of Plaintiff's Motion for Clarification or Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) are due on or before November 5, 2007; and

c. Defendants' replies in support of their motions to dismiss are due on or before November 12, 2007.

   This order applies only with respect to motions to dismiss on those jurisdictional issues raised during the August 30, 2007 hearing before this Court.

   IT IS SO **ORDERED** on this _____ day of _____, 2007.

                  _____
                  RICHARD J. LEON
                  UNITED STATES DISTRICT JUDGE