AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kellmer

          Plaintiff(s)    )    **APPEARANCE**

          vs.    )    CASE NUMBER    1:07-cv-01173

Raines, et al.

          Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Holly Pal__ as counsel in this
                           (Attorney's Name)

case for: __J. Timothy Howard__
             (Name of party or parties)

10/16/2007
Date

*Holly Pal* (signature)
Signature

490737
BAR IDENTIFICATION

Holly Pal
Print Name

Zuckerman Spaeder LLP
Address

1800 M St. N.W., Washington, DC 20036
City    State    Zip Code

202-778-1800
Phone Number



## CERTIFICATE OF SERVICE

I certify that on October 16, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.


/s/ Holly Pal
Holly Pal

1505915.1