AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kellmer

        Plaintiff(s)     )   **APPEARANCE**

           vs.     )   CASE NUMBER   1:07-cv-01173

Raines, et al.

        Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric Delinsky   as counsel in this
                                          (Attorney's Name)

case for:   J. Timothy Howard
                  (Name of party or parties)

10/16/2007                           /s/ Eric Delinsky
Date                                              Signature

460958                               Eric Delinsky
BAR IDENTIFICATION          Print Name

                                            Zuckerman Spaeder LLP
                                            Address

                                            1800 M St. N.W., Washington, DC 20036
                                            City           State           Zip Code

                                            202-778-1800
                                            Phone Number

## CERTIFICATE OF SERVICE

I certify that on October 16, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Eric Delinsky
Eric Delinsky