UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |

**DEFENDANTS FRANKLIN D. RAINES, J TIMOTHY HOWARD, AND LEANNE G. SPENCER'S MOTION TO DISMISS JAMES KELLMER'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION, OR, IN THE ALTERNATIVE, ON THE GROUND OF CLAIM PRECLUSION, AND DEFENDANTS FRANKLIN D. RAINES AND J. TIMOTHY HOWARD'S OPPOSITION TO MOTION FOR RELIEF <u>FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(B)</u>**

On October 15, 2007, Nominal Defendant Fannie Mae filed an Omnibus Motion To Dismiss James Kellmer's Third Complaint For Lack Of Subject Matter Jurisdiction, Or, In The Alternative, On The Ground Of Claim Preclusion And Opposition To Motion For Relief From Judgment Pursuant To Fed. R. Civ. P. 60(B).  Defendants Franklin D. Raines, J. Timothy Howard, and Leanne G. Spencer join in Fannie Mae's Motion to Dismiss, and respectfully request that James Kellmer's Complaint in the above-captioned matter be dismissed for the reasons set forth in Fannie Mae's Memorandum of Law.  Defendants Franklin D. Raines and J. Timothy Howard also join in Fannie Mae's Opposition To Motion For Relief From Judgment Pursuant To Fed. R. Civ. P. 60(B), and respectfully request that James Kellmer's Motion For

Relief From Judgment be denied for the reasons set forth in Fannie Mae's Memorandum of Law.[1]

A proposed order is attached.

---

[1] Defendant Leanne G. Spencer is not a party to *Kellmer v. Marron, et al.*, Civil Action No. 1:05-cv-00037, the action in which James Kellmer filed his Motion For Relief From Judgment.

Dated: October 16, 2007                    Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey (D.C. Bar No. 438547)
Alex G. Romain (D.C. Bar No. 468508)
Joseph M. Terry (D.C. Bar No. 473095)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
202-434-5614 (phone)
202-434-5029 (facsimile)

*Counsel for Defendant Franklin D. Raines*

/s/ Eric Delinsky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036-5802
202-778-1800 (phone)
202-822-8106 (facsimile)

*Counsel for Defendant J. Timothy Howard*

/s/ David S. Krakoff
David S. Krakoff (D.C. Bar No. 229641)
Christopher F. Regan (D.C. Bar No. 433972)
Adam B. Miller (D. C. Bar No. 496339)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
202-263-3000 (phone)
202-263-3300 (facsimile)

*Counsel for Defendant Leanne G. Spencer*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2007, I electronically filed the foregoing Defendants Franklin D. Raines, J. Timothy Howard, and Leanne G. Spencer's Motion To Dismiss James Kellmer's Complaint For Lack Of Subject Matter Jurisdiction, Or, In The Alternative, On The Ground Of Claim Preclusion, And Defendants Franklin D. Raines and J. Timothy Howard's Opposition To Motion For Relief From Judgment Pursuant To Fed. R. Civ. P. 60(B) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                          /s/ Holly A. Pal
                                          Holly A. Pal

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | **MDL No. 1668** |
| **Kellmer v. Raines, et al.** | **Civil Action No. 1:07-cv-01173**<br><br>**Judge Richard J. Leon** |

**[PROPOSED] ORDER**

The Court, after considering Fannie Mae's Motion to Dismiss and Opposition to Motion for Relief from Judgment, hereby **ORDERS** that Fannie Mae's motion to dismiss is granted and that Kellmer's Motion for Relief from Judgment is denied.

**IT IS SO ORDERED** on this _____ day of _____, 2007.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE