UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANKLIN D. RAINES, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Nominal Defendant. | Civil Action No. 1:07-cv-01173 (RJL) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address and telephone number have changed for the Washington, D.C. office of DLA Piper US LLP, counsel for defendants Stephen B. Ashley, Ann McLaughlin Korologos and Donald B. Marron.  The new address, telephone number and facsimile number for that office are:

    DLA Piper US LLP
    500 8th Street, N.W.
    Washington, D.C.  20004
    Tel (202) 799-4000
    Fax (202) 799-5000

Dated: Washington, D.C.
       October 26, 2007                    Respectfully submitted,


Of Counsel:                                By:  /s/ Cristen E. Sikes
                                                Cristen E. Sikes (D.C. Bar No. 473461)
John J. Clarke, Jr.                             DLA Piper US LLP
DLA PIPER US LLP                                500 8th Street, N.W.
1251 Avenue of the Americas                     Washington, D.C. 20004
New York, New York 10020                        Tel (202) 799-4000
(212) 335-4500                                  Fax (202) 799-5000
john.clarke@dlapiper.com                        cristen.rose@dlapiper.com

                                                Attorneys for Stephen B. Ashley, Ann
                                                McLaughlin Korologos and Donald B.
                                                Marron

CERTIFICATE OF SERVICE

I certify that on October 26, 2007, I electronically filed the foregoing Defendants' Notice of Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record who are registered on the CM/ECF system.

/s/ Cristen E. Sikes
Cristen E. Sikes