UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re Federal National Mortgage Association : 
Securities, Derivative, and "ERISA"  :  MDL No. 1668
Litigation :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
: Civil Action No.: 1:07-CV-01173
Kellmer v. Raines, et al. :
: Judge Richard J. Leon
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CONSENT MOTION TO FURTHER EXTEND THE TIME FOR DEFENDANT THE GOLDMAN SACHS GROUP, INC. TO RESPOND TO THE COMPLAINT

Defendant The Goldman Sachs Group, Inc. ("Goldman Sachs") and the Plaintiff James Kellmer ("Kellmer"), by their respective counsel, hereby stipulate and respectfully request that the Court enter an order further extending Goldman Sachs' time to respond to Kellmer's Complaint to thirty days after a decision on the pending motions to dismiss Kellmer's Complaint.

A proposed order is attached.

Dated: November 1, 2007

                                          CUNEO GILBERT & LaDUCA, LLP

                                          /s/ David W. Stanley_____
                                          Jonathan W. Cuneo
                                          Robert J. Cynkar
                                          David W. Stanley
                                          507 C Street, N.E.
                                          Washington, D.C. 20002
                                          Telephone No.: (202) 789-3960

-2-

                Richard D. Greenfield
                GREENFIELD & GOODMAN, LLC
                7426 Tour Drive
                Easton, MD 21601
                Telephone No.: (410) 745-4149

                Ann Miller
                ANN MILLER, LLC
                834 Chestnut Street, Suite 206
                Philadlephia, PA 19107
                Telephone No.: (215) 238-0468
                *Attorneys for Plaintiff*


SULLIVAN & CROMWELL LLP

/s/ Richard H. Klapper_____
Richard H. Klapper
Patrice A. Rouse
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Telephone No.: (202) 956-7500
Facsimile: (202) 293-6330
*Counsel for The Goldman Sachs Group, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re Federal National Mortgage Association               :
Securities, Derivative, and "ERISA"                       :   MDL No. 1668
Litigation                                                :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
                                                          :   Civil Action No.: 1:07-CV-01173
Kellmer v. Raines, et al.                                 :
                                                          :   Judge Richard J. Leon
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## [PROPOSED] ORDER

Upon consideration of the Consent Motion to Further Extend the Time for Defendant The Goldman Sachs Group, Inc. to Respond to the Complaint, it is hereby:

**ORDERED,** that the time for Defendant The Goldman Sachs Group, Inc. to respond to Plaintiff James Kellmer's Complaint is further extended to thirty days after a decision on the pending motions to dismiss Kellmer's Complaint.

Dated: _____, 2007

_____
Richard J. Leon
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007 I caused a copy of the foregoing Consent Motion to Further Extend the Time for Defendant The Goldman Sachs Group, Inc. to Respond to the Complaint to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.



      /s/ Patrice A. Rouse
Patrice A. Rouse