AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Kellmer

        Plaintiff(s)      )
                          )    **APPEARANCE**

          vs.           )    CASE NUMBER   1:07-cv-01173

Raines, et al.

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Steven M. Salky   as counsel in this
                                    (Attorney's Name)

case for:  J. Timothy Howard
                 (Name of party or parties)

11/06/2007
Date

*(signature)*
Signature

Steven M. Salky
Print Name

360175
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1800 M St. N.W., Washington, DC 20036
City      State      Zip Code

(202) 778-1800
Phone Number

## CERTIFICATE OF SERVICE

I certify that on November 6, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Steven M. Salky
Steven M. Salky