AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

James Kellmer )
           Plaintiff(s) ) **APPEARANCE**
)
)
           vs. ) CASE NUMBER  No. 05CV 0037(RJL)
Donald B. Marron, et al. )
)
           Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Dennis J. Lawson__ as counsel in this
                              (Attorney's Name)

case for: __Donald B. Marron, et al.__
           (Name of party or parties)

December 7, 2007
Date

*(signature)*
Signature

D.C. Bar No. 452402
BAR IDENTIFICATION

Dennis J. Lawson
Print Name

Dechert LLP, 1775 I St. NW
Address

Washington, D.C.  20006
City    State    Zip Code

202. 261.3300
Phone Number