AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

James Kellmer,

       Plaintiff(s)

vs.

Franklin D. Raines, et al.,

       Defendant(s)

**APPEARANCE**

CASE NUMBER   07 CV 1173 (RJL)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Tara R. Kelly  as counsel in this
                            (Attorney's Name)

case for:  Franklin D. Raines, et al.
              (Name of party or parties)

25 Jan 2008
Date

D.C. Bar No. 438241
BAR IDENTIFICATION

*(signature)*
Signature

Tara R. Kelly
Print Name

Dechert LLP, 1775 I Street NW
Address

Washington, D.C. 20006
City    State    Zip Code

202.261.3300
Phone Number