IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KELLMER, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN D. RAINES, *et al.*, <br><br> Defendants. | Consolidated Civil Action No. <br> 1:07-CV-01173 (RJL) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of the undersigned, Holly A. Pal, Esquire, as attorney of record on behalf of J. Timothy Howard in the above-captioned matter. In support of such notice, undersigned counsel states the following: As of July 18, 2008, Ms. Pal will no longer be associated with the law firm of Zuckerman Spaeder LLP. Zuckerman Spaeder LLP continues to be counsel of record in this matter.

Dated: July 17, 2008

Respectfully submitted,

/s/ Holly A. Pal
Holly A. Pal
D.C. Bar # 490737
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

*Counsel for Defendant, J. Timothy Howard*

## CERTIFICATE OF SERVICE

I certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

*Holly A. Pal*
Holly A. Pal