UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |
| **Fannie Mae v. KPMG** | Civil Action No. 1:06-cv-02111<br><br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No. 1:04-cv-01784<br><br>Judge Richard J. Leon |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |
| **Arthur v. Mudd, et al.** | Civil Action No. 1:07-cv-02130<br><br>Judge Richard J. Leon |
| **Agnes v. Raines, et al.** | Civil Action No. 1:08-cv-01093<br><br>Judge Richard J. Leon |

## MOTION FOR STAY OF ALL PROCEEDINGS PURSUANT TO 12 U.S.C. § 4617

Fannie Mae, with delegation of authority from its Conservator, the Federal Housing Finance Agency ("FHFA"), hereby moves this Court for an immediate 45-day stay of all of the above-captioned proceedings pursuant to 12 U.S.C. § 4617(b)(10). On September 7, 2008, the

FHFA was appointed by its Director to be the Conservator of Fannie Mae in accordance with the Federal Housing Regulatory Reform Act of 2008 (Public Law 110-289) and the Federal Housing Enterprises Financial Safety and Soundness Act of 1992 (12 U.S.C. § 4501, et seq.).  The Safety and Soundness Act of 1992 provides a Conservator with the authority to request a stay of "any judicial proceeding to which [Fannie Mae] is . . . a party . . . for a period not to exceed 45 days."  *See* 12 U.S.C. § 4617(b)(10)(A).  The Conservator has delegated authority to the Company's management to move forward with the Company's business operations.  That Safety and Soundness Act of 1992 further provides that:

> [u]pon receipt of a request by the conservator . . . under subparagraph (A) for a stay of any judicial action or proceeding in any court with jurisdiction of such action or proceeding, the court shall grant such stay as to all parties.

*See* 12 U.S.C. § 4617(b)(10)(B).  Fannie Mae specifically requests that the Court order that no depositions or other discovery shall take place during the period of the stay, and that all deadlines in Case Management Order No. 5 that have not yet passed be automatically extended by 45 days.

Fannie Mae, through counsel, notified all parties to the above-captioned proceedings by electronic mail on Sunday afternoon that it would be filing this request with the Court today.

Dated:  September 8 2008                                    Respectfully submitted,

/s/ Michael J. Walsh, Jr.                _
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

*Counsel to Defendant Fannie Mae*

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

      /s/ Michael J. Walsh, Jr.
      Michael J. Walsh, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br><br>Judge Richard J. Leon |
| **Fannie Mae v. KPMG** | Civil Action No. 1:06-cv-02111<br><br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No. 1:04-cv-01784<br><br>Judge Richard J. Leon |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br><br>Judge Richard J. Leon |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br><br>Judge Richard J. Leon |
| **Arthur v. Mudd, et al.** | Civil Action No. 1:07-cv-02130<br><br>Judge Richard J. Leon |
| **Agnes v. Raines, et al.** | Civil Action No. 1:08-cv-01093<br><br>Judge Richard J. Leon |

**[PROPOSED] ORDER GRANTING STAY OF ALL PROCEEDINGS
PURSUANT TO 12 U.S.C. § 4617**

The Court, having received from Fannie Mae a request to stay the above captioned actions premised on a delegation of authority from its Conservator, hereby ORDERS that such request is GRANTED pursuant to 12 U.S.C. § 4617(b)(10)(B). The above-captioned actions are hereby stayed for 45 days from the date of the entry of this order. During that time, no depositions shall take place. The deadlines set forth in Case Management Order No. 5 that have not yet passed shall be extended by 45 days.

**IT IS HEREBY ORDERED.**

Dated: _____ 2008

_____
Judge Richard J. Leon
United States District Court Judge