UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation** | MDL No. 1668 |
| **In re Fannie Mae Securities Litigation** | Consolidated Civil Action No. 1:04-cv-01639<br>Judge Richard J. Leon |
| **Fannie Mae v. KPMG** | Civil Action No. 1:06-cv-02111<br>Judge Richard J. Leon |
| **In re Fannie Mae ERISA Litigation** | Consolidated Civil Action No. 1:04-cv-01784<br>Judge Richard J. Leon |
| **Kellmer v. Raines, et al.** | Civil Action No. 1:07-cv-01173<br>Judge Richard J. Leon |
| **Middleton v. Raines, et al.** | Civil Action No. 1:07-cv-01221<br>Judge Richard J. Leon |
| **Arthur v. Mudd, et al.** | Civil Action No. 1:07-cv-02130<br>Judge Richard J. Leon |
| **Agnes v. Raines, et al.** | Civil Action No. 1:08-cv-01093<br>Judge Richard J. Leon |

**NOTICE OF SUPPLEMENTAL AUTHORITY – ORDER REGARDING FUNCTIONS AND AUTHORITIES OF OFFICERS**

Fannie Mae hereby submits this notice of supplemental authority – an Order Regarding Functions and Authorities of Officers (attached as Ex. A), which was filed by Fannie Mae's Conservator, the Federal Housing Finance Agency ("FHFA"). The Order states in relevant part

that "the officers of . . . Fannie Mae . . . shall be authorized, with effect upon the appointment of the conservatorship, to continue to function in their applicable designated duties and delegated authorities."

Dated:  September 8 2008

Respectfully submitted,

/s/ Michael J. Walsh, Jr.
Jeffrey W. Kilduff (D.C. Bar No. 426632)
Robert M. Stern (D.C. Bar No. 478742)
Michael J. Walsh, Jr. (D.C. Bar No. 483296)
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC  20006
T:  202/383-5300
F:  202/383-5414

*Counsel to Defendant Fannie Mae*

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter who are registered on the CM/ECF.

        /s/ Michael J. Walsh, Jr.
        Michael J. Walsh, Jr.

UNITED STATES OF AMERICA

FEDERAL HOUSING FINANCE AGENCY

| | |
|---|---|
| In Re Conservatorship of: <br><br> Federal National Mortgage Association | Order No. 2008-002 |

### ORDER REGARDING FUNCTIONS AND AUTHORITIES OF OFFICERS

In accordance with the powers granted to the Federal Housing Finance Agency under the Federal Housing Finance Regulatory Reform Act of 2008, P.L. 110-289, and subject to the Decision to Appoint a Conservator dated September 6, 2008 and the direction and control of the Conservator, the officers of Federal National Mortgage Association ("Fannie Mae") shall be authorized, with effect upon the appointment of the conservatorship, to continue to function in their applicable designated duties and delegated authorities.

This Order remains in effect until modified or rescinded.

Ordered this 6th day of September, 2008.

FEDERAL HOUSING FINANCE AGENCY
As Conservator for
Federal National Mortgage Association
("Fannie Mae")

By: James B. Lockhart III