UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| In re Federal National Mortgage Association Securities, Derivative, and "ERISA" Litigation | MDL No. 1668 |
|---|---|

| Federal Housing Finance Agency as Conservator for the Federal National Mortgage Association v. Raines, *et al.* (Kellmer III) | Civil Case No. 07-1173 (RJL) |
|---|---|

## ORDER

For the reasons set forth in the Memorandum Opinion, it is this 27 day of July, 2010, hereby

**ORDERED** that Fannie Mae's Omnibus Motion to Dismiss James Kellmer's Third Complaint for Lack of Subject Matter Jurisdiction, or, in the Alternative, on the Ground of Claim Preclusion [Civ. No. 07-1173, Dkt. #24] is **GRANTED**; it is further

**ORDERED** that the Individual Defendants' Motion to Dismiss James Kellmer's Complaint for Lack of Subject Matter Jurisdiction, or, in the Alternative, on the Ground of Claim Preclusion [Civ. No. 07-1173, Dkt. #28] is **GRANTED**; it is further

**ORDERED** that Kellmer's Motion for Clarification, or, in the Alternative, for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) [Civ. No. 05-37, Dkt. #27] is **DENIED**; it is further

**ORDERED** that FHFA's Motion for Approval of Voluntary Dismissal Without Prejudice or, in the Alternative, To Stay Proceedings [Civ. No. 07-1173, Dkt. #95] is **DENIED**; it is further

**ORDERED** that the Individual Defendants' Motion to Dismiss with Prejudice for Failure to Prosecute [Civ. No. 07-1173, Dkt. #98] is **DENIED**; and it is further

**ORDERED** that *Kellmer III* (Civ. No. 07-1173) is **DISMISSED** with prejudice as to all defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge